| | AUSA: | Nhan Ho | Telephone: (313) 226-9100 |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | Kara Klupacs | Telephone: (313) 202-3400 |

# UNITED STATES DISTRICT COURT
### for the
## Eastern District of Michigan

United States of America

v.

Admiere BOYD

Case No. 26-mj-30293

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___May 18, 2026___ in the county of ___Wayne___ in the ___Eastern___ District of ___Michigan___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(o) | Possession of a machinegun |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Kara Klupacs, Special Agent
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ___May 19, 2026___

_Judge's signature_

City and state: __Detroit, MI__

Hon. David R. Grand, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT

I, Kara Klupacs, being duly sworn, depose and state the following:

### I.  Introduction

1.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been so employed since March 2018. I am currently assigned to the Detroit Field Division Group 1. I have graduated from the Federal Law Enforcement Training Center and ATF Special Agent Basic Training.  Prior to becoming a Special Agent, I served eight years as a federal law enforcement officer, both as a U.S. Customs and Border Protection Officer out of the Port of Detroit and as a U.S. Secret Service Uniformed Division Officer in Washington, DC. During my employment with ATF, I have conducted and/or participated in dozens of criminal investigations involving the possession and use of firearms, armed drug trafficking, and criminal street gangs, among other state and federal offenses.

2.      I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited

1

purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

3.      The ATF is currently conducting a criminal investigation concerning Admiere BOYD (XX/XX/2006), for violations of 18 U.S.C. § 922(o) (Illegal Possession of a Machinegun) on May 18, 2026.

## II. Probable Cause

### A. Background

4.      Michigan State Police and ATF are investigating a series of violent incidents on Detroit's West Side and Inkster, linked by the same firearms and a black Jeep Grand Cherokee, including:

    a.  A series of non-fatal shootings occurring on February 7, 15, 16, 17, 2026,

    b.  An armed carjacking on February 16, 2025 (occurring approximately two hours before the shooting on the same day), and

    c.  A shooting resulting in a homicide on February 23, 2026

5.      One of the firearms linked to the above string of incidents is a Glock pistol affixed with a Machinegun Conversion Device (MCD, colloquially referred to as "Glock Switch") recently recovered on May 4, 2026 in the possession of one of BOYD's known associates, Latron Hammock, who has been charged by a federal complaint with illegal possession of a machinegun and ordered detained

2

pending trial (Case No. 26-mc-30263). This firearm was linked to the non-fatal shootings on February 7, 15, and 16, 2026, all involving the same black Jeep Grand Cherokee, as well as shootings on November 16 and 17, 2025.

6.      Investigation findings confirmed that a black Jeep Grand Cherokee (VIN ending in 3255), reported stolen in January 2026, was at the locations of the shooting and the carjacking on February 16, 2026. On February 25, 2026, the Jeep Grand Cherokee was recovered. Inside the Jeep, law enforcement found a pair of sunglasses bearing fingerprints belonging to BOYD.

7.      Law enforcement also identified a red Nissan Versa traveling in tandem with the Jeep around the time of the nonfatal shootings and carjacking incidents on February 7, 15, and 16, 2026. Law enforcement further determined that a red Nissan Versa bearing Michigan license plate EVF1855 matches the description of the vehicle seen traveling alongside the Jeep Grand Cherokee and was in the area of the carjacking and non-fatal shooting on February 16, 2026.

8.      Law enforcement inquiries show that this Nissan was linked to a residence in Dearborn Heights and one of the people registered to this residence was BOYD. On March 13, 2026, a shooting was reported at that Dearborn Heights residence. Police reports indicates that BOYD and another occupant of the residence were reported engaging in a shooting outside of the location.

9.     As part of the investigation, MSP obtained a state search warrant to place a GPS tracker on the red Nissan Versa bearing Michigan license plate EVF1855, a vehicle BOYD has consistently been observed operating. The vehicle was also observed frequenting a residence on Birchwood Street in Inkster, driven by an individual whose appearance was consistent with BOYD's.

10.     The Birchwood residence was identified by law enforcement as associated with Nicholas Wilson, another associate of BOYD, who is a suspect in the violent incidents under investigation. On April 17, 2026, as law enforcement executed a search warrant at the residence, Wilson fled the area. Wilson was subsequently indicted with illegal possession of a machinegun and is detained pending trial. (See Case No. 26-cr-20285.)

11.     Firearms recovered on Wilson's person and from a neighboring yard of the Birchwood residence — where witnesses report they had been tossed therefrom— were NIBIN-linked to a non-fatal shooting on April 12, 2026. That shooting is believed to have been carried out in retaliation for an earlier shooting that same day which killed a gang associate. That same day, prior to the shooting, law enforcement surveillance placed the red Nissan at the Birchwood residence, with its driver appearing consistent in appearance with BOYD.

### B. The Instant Offense

12.     On May 18, 2026, Michigan State Police executed a search warrant at an apartment located at XXXXX Orangelawn Street, Detroit —where law enforcement surveillance had observed the red Nissan making stops almost every day, including overnight stays, in April and in the second week of May, 2026. Law enforcement surveillance determined that BOYD entered the searched apartment.

13.     Several hours before the search warrant execution, surveillance observed BOYD driving away from the apartment building in the red Nissan. Law enforcement initiated a traffic stop on the red Nissan, and BOYD was identified as the driver and lone occupant. BOYD was placed under arrest.

14.     The search of the apartment uncovered a loaded Glock 27, .40 caliber pistol, equipped with an extended magazine and a suspected MCD that was orange in color, from a laundry basket in one of the bedrooms. Law enforcement inquiry show that this firearm was reported stolen in February 2025.



15. From the floor of that bedroom, officers also recovered ammunition of various calibers. From the closet in the room, officers located BOYD's birth certificate.

16. On a desk in the same room, BOYD's identification and bridge card were found alongside a suspected MCD, silver in color.



17. In the second bedroom of the apartment, where documents bearing the another person's name were located, officers recovered from a dresser a Glock 22, .40 caliber pistol, equipped with a loaded magazine and a suspected MCD that is silver in color. Law enforcement inquiry show that this firearm was reported stolen in November 2019. Preliminary NIBIN results link the recovered Glock 22 to a shooting into an occupied residence on November 17, 2025 — an incident also

connected to the firearm recovered from Hammock. Test firing of this firearm confirmed that it functions as a machine gun.

18. An MCD is an aftermarket device that converts semiautomatic pistols to fire automatically, thereby constituting machineguns as defined under 26 U.S.C. § 5845(b). ATF Special Agent Kenton Weston, who has specialized training and experience on the identification of MCDs reviewed the images of the suspected MCDs recovered from the Orangelawn apartment. After viewing the images, SA Weston confirmed that the items affixed to the firearms and the pieces of the device found on the desk (housing, sear, and selector) appeared to be MCDs, colloquially referred to as a "Glock Switch."

19. The MCDs affixed to the recovered firearms were plainly visible on their slides. Based on training and experience, I know that individuals who possess firearms equipped with MCDs are typically aware of their presence and function, as these devices must be intentionally and physically installed onto a firearm for it to operate in a fully automatic manner — they do not appear on a firearm by accident. The presence of a standalone MCD unaffixed to a firearm, next to BOYD's documents also indicate knowledge that he know what MCDs are and their functionality.

### III. Conclusion

20.    Based on the information included in the paragraphs above probable cause exists that from on May 18, 2026, in the Eastern District of Michigan, Admiere BOYD possessed a machinegun in violation of 18 U.S.C. § 922(o).

Respectfully submitted,

Kara Klupacs, Special Agent Bureau of
Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Honorable David R. Grand
United States Magistrate Judge

Dated:   May 19, 2026

8